

AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

MICHAEL J. CONLON,

    Plaintiff,

V.

UNITED STATES OF AMERICA,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **CV-N-01-0700-DWH VPC**

\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_x_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's motion for Summary Judgment #84 is granted. Judgment in favor of the Defendant and against the Plaintiff.

    January 5, 2005

    LANCE S. WILSON
    Clerk

    Deputy Clerk